UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MANUEL RAUL REYO PENA MONTERO, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| CHIEF COMMANDER OF THE UNITED STATES, et al., | ) ) ) ) |
| Defendants. | ) |

Civil No. 09-362-B-W

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed August 14, 2009, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Plaintiff's Petition for Writ of Habeas Corpus (Docket # 1) be and hereby is DISMISSED.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 2nd day of September, 2009